# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL,   :   No. 2628 Disciplinary Docket No. 3
                                                    :

                       Petitioner        :   No. C2-18-1069
                                                      :

                         v.            :   Attorney Registration No. 309898
                                                    :

ALICIA ANN BLANKENSHIP,          :   (Lancaster County)
                                                      :

                     Respondent     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of July, 2019, upon consideration of the Certificate of Admission of Disability by Alicia Ann Blankenship, she is immediately transferred to inactive status for an indefinite period and until further Order of the Court. *See* Pa.R.D.E. 301(e). She shall comply with all the provisions of Pa.R.D.E. 217.

    All pending disciplinary proceedings shall be held in abeyance, except for the perpetuation of testimony and the preservation of documentary evidence.